Latife Neu
1825 NW 65th Street
Seattle, WA 98117
(206) 297-6349
latife@neulegal.com

Hon. Timothy W. Dore
Chapter 7

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:

ALEX R. BOTTEN,

          Debtor.

_____

ALEX R. BOTTEN,

          Plaintiff,

v.

SALLIE MAE BANK,

          Defendant.

_____

Chapter 7

Cause No.: 24-41762-TWD

Adv. Pro. No.: 24-04080-TWD

STIPULATION REGARDING DISMISSAL OF ADVERSARY PROCEEDING AND *EX PARTE* MOTION AND ORDER APPROVING STIPULATION

COMES NOW Alex Botten ("Botten" or "Plaintiff") and Sallie Mae Bank ("SMB" or "Defendant") (each a "Party" and collectively the "Parties"), by and through their attorneys of record, Latife Neu / Neu Law PLLC for Botten and John Knapp of Miller Nash LLP for SMB respectively, and, as evidenced by signatures below stipulate as follows:

1. Botten initiated the instant adversary proceeding seeking determination of the dischargeability of certain debt under 11 USC Sec. 523(a)(8) for private student loans ("Adversary Proceeding") obtained through SMB.

2. The Parties wish to avoid the cost of litigation as to the Adversary Proceeding, and have

EX PARTE MOTION TO VOLUNTARILY
DISMISS CASE

1

Neu Law, PLLC
1825 NW 65th Street
Seattle, WA 98117
(206)297-6349
latife@neulegal.com

reached an agreement as to the issues in this case.

3. This agreement provides dismissal of this suit with prejudice and without an award of fees and/or costs to either party pursuant to FRCP 41(a)(1)(A)(ii), made applicable to the above captioned adversary proceeding through FRBP 7041.

BASED ON THE FOREGOING Stipulation, Botten and SMB respectfully request this Court enter an order approving the above stipulation finding that a Dismissal with Prejudice as to the adversary action. This relief is without prejudice as to any other matter regarding the Parties that may be raised by either Party outside of the instant Adversary Proceeding.

So stipulated by:

Neu Law, PLLC


/s/ Latife H. Neu
Latife Neu, WSBA #33144
Attorney for Alex Botten


And stipulated by:

Miller Nash LLP

 /s/ John Knapp
John Knapp, WSBA #29343
Attorney for Sallie Mae Bank

EX PARTE MOTION TO VOLUNTARILY
DISMISS CASE

2

Neu Law, PLLC
1825 NW 65th Street
Seattle, WA 98117
(206)297-6349
latife@neulegal.com