Entered on Docket October 27, 2025

**Below is the Order of the Court.**

Timothy W. Dore
U.S. Bankruptcy Court
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | Chapter 7 |
| ALEX R. BOTTEN, | Cause No.: 24-41762-TWD |
| Debtor. | Adv. Pro. No.: 24-04080-TWD |
| ALEX R. BOTTEN, | ORDER APPROVING STIPULATION AND DISMISSING THIS ADVERSARY PROCEEDING |
| Plaintiff, | |
| v. | |
| SALLIE MAE BANK, | |
| Defendant. | |

THIS MATTER comes before the Court upon the stipulation and motion [Docket No. 11] ("Motion") filed by Alex Botten ("Botten") and Sallie Mae Bank ("SMB") (collectively the "Parties"), by and through their attorneys of record, Latife Neu of Neu Law PLLC for Botten and

ORDER APPROVING STIPULATION
AND DISMISSING THIS ADVERSARY
PROCEEDING

1

Neu Law, PLLC
1825 NW 65th Street
Seattle, WA 98117
(206)297-6349
latife@neulegal.com

John Knapp of Miller Nash LLP for SMB seeking approval of a stipulation to resolve issues between the Parties in this adversary proceeding.  The Court has considered the stipulation contained in the Motion ("Stipulation"), the relief requested in the Motion, and the records and files herein. The Court finds that no notice of the Motion was necessary, and that good cause exists for the requested relief to be granted. THEREFORE, it is hereby:

ORDERED, ADJUDGED, AND DECREED the Motion is granted and the Stipulation is approved; it is further

ORDERED, ADJUDGED, AND DECREED that this Order resolves the issues involving Botten in this adversary proceeding; it is further

ORDERED, ADJUDGED, AND DECREED that this adversary proceeding is DISMISSED with prejudice, and without an award of fees and/or costs to either Botten or SMB.

///END OF ORDER///

Presented by:

Neu Law, PLLC

*/s/ Latife H. Neu*
Latife Neu, WSBA #33144
Attorney for Alex Botten

and by:

Miller Nash LLP

*/s/ John Knapp*
John Knapp, WSBA #29343
Attorney for Sallie Mae Bank

ORDER APPROVING STIPULATION
AND DISMISSING THIS ADVERSARY
PROCEEDING

2

Neu Law, PLLC
1825 NW 65th Street
Seattle, WA 98117
(206)297-6349
latife@neulegal.com